UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **TYSON SNOOK**, | ) Case No.: 2:13-cv-00273-LRS |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| **PINNACLE CREDIT SERVICES, L.L.C.**, | ) |
| Defendant. | ) |

It is hereby ORDERED and ADJUDGED that this case be dismissed with prejudice and without costs to either party.

Dated this 30th day of January, 2014.

                                               s/Lonny R. Suko
                                                  Lonny R. Suko
                                            Sr. U.S. District Court Judge